U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Apr 25 - 2025**
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    1:25-CR-__179__ (__PJE__) |
| | ) |
| **v.** | ) **Information** |
| | ) |
| **AKEEL ABDUL JAMIEL,** | ) Violation:    18 U.S.C. § 611 |
| | )                   [Voting by Aliens] |
| | ) |
| | ) One Count |
| | ) |
| **Defendant.** | ) County of Offense:    Saratoga |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
[**Voting by Aliens**]

On or about November 3, 2020, in Saratoga County in the Northern District of New York, the defendant, **AKEEL ABDUL JAMIEL**, an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

Dated: April 24, 2025

By: _/s/_

John A. Sarcone III
United States Attorney
Bar Roll No. 706285